Manuel FEDERICO; Ronald E. Baird; Dean A. Cummings; Richard L. Goodnight; James A. Hall; Lee Higginbotham; Larry H. Hubler; Gale L. Donnelly; Elery H. Mefford; Donald K. Mefford; John A. Lauro; Floyd J. Mansfield; Theodore Jimenez; Leonard H. Johnson; Richard W. Lanter; Orson J. Matteson; Dorlin M. Thompson; Barry J. Todd; Harvey A. Williams; Jose E. Romo; Robert L. Saul; Joseph H. Marcus; Larry E. Owen; Ronald L. Owen; Rudolph L. Palomino; David Scheibley; Louis Siefford; George S. Sims; Ronald W. Stockley; and Eugene Romero, Petitioners, Cross–Respondents,

v.

BRANNAN SAND & GRAVEL CO., Respondent, Cross–Petitioner,

and

The Industrial Claim Appeals Office of the State of Colorado and the Division of Employment and Training for the Colorado Department of Labor and Employment; and Pedro C. Leal, Cross–Respondents.

No. 88SC587.

Supreme Court of Colorado,
En Banc.

March 20, 1989.

Petition for Writ of Certiorari GRANTED.

STATE BOARD OF EQUALIZATION OF THE STATE OF COLORADO; Don Eberle, Carl B. Bledsoe, Ted L. Strickland, Kenneth Smith, and C. Michael Callihan, in their official capacity as members of the State Board of Equalization of the State of Colorado; Board of Assessment Appeals of the State of Colorado; Henry F. Shriver and F. William Beier, in their official capacity as members of the Board of Assessment Appeals of the State of Colorado; Board of Equalization of the City and County of Denver Sitting as a Board of County Commissioners; John Mrozek, Wes Martin, Thomas P. Briggs, Felicia Muftic, and Ted Hackworth, in their official capacity as members of the Board of Equalization of the City and County of Denver; Department of Revenue of the City and County of Denver; Thomas P. Briggs, in his official capacity as Manager of the Department of Revenue of the City and County of Denver; and Mary Anne Maurer, in her official capacity as the Property Tax Administrator of the State of Colorado, Petitioners,

v.

AMERICAN AIRLINES, INC.; Continental Airlines, Inc.; Delta Airlines, Inc.; Eastern Airlines, Inc.; Frontier Airlines, Inc.; Ozark Airlines, Inc.; Republic Airlines, Inc.; Texas International Airlines, Inc.; Trans World Airlines, Inc.; United Airlines, Inc.; and Western Airlines, Inc., Respondents.

No. 87SC430.

Supreme Court of Colorado,
En Banc.

April 24, 1989.